ACCEPTED
01-14-00558-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 8:51:58 AM
CHRISTOPHER PRINI
CLERK

**APPEALS CASE NO. 01-14-00558-CR**
**TRIAL CASE NO. 2012-CR-4258**

| | | |
|---|---|---|
| **JOSEPH ARREOLA** | § | **COURT OF APPEALS** |
| | § | |
| **V.** | § | **FOR THE FIRST DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **HARRIS COUNTY, TEXAS** |

FILED IN
COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 8:51:58 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

Now comes Kimberly D. Gardner, Movant, and brings this Motion to Withdraw as Counsel and in support thereof shows:

1.      Movant is attorney of record for Joseph Arreola, and was appointed by the Court to represent Defendant.

2.      Good cause to withdraw exists as specified below:

Movant reviewed the record in this matter thoroughly and failed to identify any legally non-frivolous issues. Based on Movant's review of the record, she prepared and filed Exhibit A attached hereto and incorporated herein, which is a brief under *Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396 (1967). To fully comply with the "Anders" brief, as required under *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex.App.--San Antonio 1996, no pet), Movant also attaches Exhibit B, incorporated herein showing Movant sent a copy of this  motion and brief to Joseph Arreola, informing him of the right to review the record and to file a pro se brief.

3.      This withdrawal is not sought for delay, but that Defendant's rights are fully protected.

4.      The last known address of Joseph Arreola is as follows:

Joseph Arreola
TDJC# 01956279
Joe Ney State Jail
114 Private Road 4303
Hondo, Texas 78861-3812

5.      The last known phone number of Joseph Arreola is to call the Joe Ney State Jail at 830-426-8030.

6.      A copy of this motion has been delivered to Joseph Arreola.

7.      There are no pending settings or deadlines in this case.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court will grant her motion to withdraw on the face of this pleading. Alternatively, Movant requests that the Court set this matter for a hearing so that Movant may present evidence in support of this motion.

Respectfully submitted,

KIMBERLY DUFOUR GARDNER
10 Ledge Lane
San Antonio, TX 78212
Tel: 210.275.9950
Fax: 830.373.4380
Kdgardner84@sbcglobal.net

By: _____
Kimberly D. Gardner
State Bar No. 06171100
Attorney for Joseph Arreola

## CERTIFICATE OF SERVICE

This is to certify that on December 30, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bexar County, Susan D. Reed, Paul Elizondo Tower 1, 101 W. Nueva, Suite 370, San Antonio, Texas, 78205, by hand delivery.

_____
Kimberly D. Gardner

| JOSEPH ARREOLA | § | COURT OF APPEALS |
| | § | |
| vs. | § | FOR THE FIRST DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | HARRIS COUNTY, TEXAS |

## O R D E R

On _____, 2013, came on to be considered Kimberly D. Gardner's Motion to Withdraw as Counsel, and said motion is hereby

(Granted) (Denied)

_____
JUSTICE PRESIDING

**KIMBERLY D. GARDNER**
**ATTORNEY AT LAW**
10 LEDGE LANE
SAN ANTONIO, TEXAS 78212
210.275.9950   kdgardner84@sbcglobal.net

December 29, 2014

Joseph Arreola
TDJC# 01956279
Joe Ney State Jail
114 Private Road 4303
Hondo, Texas 78861-3812

RE: Arreola v. The State of Texas, CASE NO. 01-14-00558-CR, filed in the Court of Appeals, First District, Houston, Texas

Dear Joe:

I hope you are doing as well as can be expected! This letter is going to tell you the status of your appeal and what steps will be taken next.

First, find enclosed a copy of the Appellant brief I filed on your behalf. Please read it, but basically the brief says that I could not find any legal basis to appeal your case.

Because I cannot find a legal basis on which to appeal your probation revocation the law also says that I must file a motion to withdraw from representing you in this matter, and that once I am allowed to withdraw from this matter, you then have the right to file a your own brief. Please take a look at Texas Rules of Appellate Procedure Rule 20 to get the particulars of how to do this, which includes how to get access to the record in your case.

Finally, this letter is intended to accomplish the following:

1. Provide you a copy of the brief in support of the motion to withdraw;
2. Inform you that you have the right to file a brief on your own behalf; and
3. Inform you that you have the right to review the record to determine what points to raise in your  pro-se brief.

Also, I will come visit you in the next several days to go over all of this information again, just to make sure you understand all of your rights.

Yours truly,

Kimberly D. Gardner